AMB:AZB
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 13-MJ-803-FLN |
| ) | |
| RANDOLPH SETH ANDERSON, ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 7, 2013, in Hennepin County, in the State and District of Minnesota, defendant knowingly and intentionally

> possessed a firearm, specifically, a Springfield Armory 9 mm handgun bearing serial number XD230286, after having been convicted of a crime punishable by imprisonment for a term exceeding one year,

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco and Firearms (ATF), and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Complainant's signature

Timothy Eck, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/10/13

_____
Judge's signature

City and state: _____

Franklin L. Noel, United States Magistrate Judge
*Printed name and title*

SCAN
DEC 10 2013
U.S. DISTRICT COURT MPLS

STATE OF MINNESOTA        )
                          ) ss.    AFFIDAVIT OF TIMOTHY ECK
COUNTY OF HENNEPIN        )

I, Timothy Eck, being first duly sworn under oath, depose and state as follows:

1. I am a Police Officer employed by the City of Minneapolis since 1998 and a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), since 2005. I am currently assigned to the ATF St. Paul Group IV Field Office and to the MPD Weapons Unit, and work with various law enforcement agencies and drug task forces throughout the State of Minnesota. My duties and responsibilities include conducting criminal investigations of individuals and organizations who are alleged to have violated Federal laws, particularly those found in Titles 18, 21, and 26. I have participated in numerous investigations which have resulted in the arrests, searches, seizures, and convictions of individuals who have violated Federal law. I am licensed by Minnesota Board of Peace Officer Standards and Training.

2. This Affidavit is submitted in support of a Complaint against RANDOLPH SETH ANDERSON ("ANDERSON") charging him with possession of a firearm by a convicted felon who is an armed career criminal in violation of Title 18, United States Code, Sections 922(g)(1) and 922(e). The facts set forth in the Affidavit are based upon my review of reports, my personal investigation, and

1

discussions I have had with other law enforcement personnel. This Affidavit contains information to support probable cause. It is not intended to convey facts of the entire investigation.

3. On November 7, 2013, at approximately 11:57 pm, an officer with the Minneapolis Police Department who was driving in northeast Minneapolis noticed a blue Dodge Caravan bearing a Minnesota license plate 733-AAE stopped at a red light near the officer's vehicle. The officer checked his "Hot Sheet" and discovered the vehicle had been reported stolen. The officer, who was driving in an unmarked vehicle, aired for a squad car to assist him and proceeded to follow the Dodge Caravan.

4. A short time later two squad cars caught up to the unmarked vehicle and took first and second positions behind the Dodge Caravan in order to initiate a traffic stop. When the squads initiated the stop by activating their emergency lights, the Dodge Caravan accelerated its speed and fled from officers.

5. After leading officers on a chase for several blocks, the Dodge Caravan approached a "T" intersection at 2nd Street Southeast and Bank Street and made a turn that was too sharp, causing it to strike a concrete block planter/retaining wall and then come to a stop in the intersection.

6. After the Dodge Caravan was stopped, officers arrested ANDERSON, who was the driver and sole occupant of the vehicle. During a subsequent search

2

of the Dodge Caravan, officers discovered a Springfield Armory 9 mm handgun, bearing serial number XD230286, under the driver's seat of the vehicle.

7. Officers accompanying ANDERSON after his arrest discovered that he was wearing a black nylon shoulder holster underneath his hooded sweatshirt. The shoulder holster was empty.

8. I reviewed ANDERSON's criminal history and determined that, prior to November 7, 2013, ANDERSON was a convicted felon and was prohibited from possessing firearms. Prior to November 7, 2013, ANDERSON had numerous felony convictions, including but not limited to: 1st degree Burglary (Anoka County, MN, 2003), Fleeing Police in a Motor Vehicle (Hennepin County, MN, 2005); 2nd degree Burglary (Anoka County, MN 2010); 2nd degree Burglary (Ramsey County, MN, 2011); and Theft of a Motor Vehicle (various Minnesota counties in 1994, 2000, 2008, 2011 and 2013); and Felon in Possession of a Firearm (Hennepin County, MN, 2003).

9. An ATF E-trace on the firearm revealed that it was manufactured by "HS Products" in Croatia, and imported into the United States by "Springfield, Inc." Therefore, at some point after manufacture, the firearm was shipped or transported into Minnesota through interstate commerce prior to November 7, 2013.

10. Based upon the facts conveyed in this affidavit, I have probable cause to believe that on November 7, 2013, RANDOLPH SETH ANDERSON

committed the crime of being a felon, an armed career criminal, in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

Further your Affiant sayeth not.

_____
Timothy Eck
ATF Task Force Officer

SUBSCRIBED and SWORN to before me
this 10th day of December, 2013.

_____
Franklin L. Noel
United States Magistrate Judge

4