# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| United States of America, | **Case No. CR 14-001 RHK/JJG** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| Randolph Seth Anderson, | |
| Defendant. | |

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED that:**

1. The Report and Recommendation (Doc. No. 28) are **ADOPTED**;

2. Defendant's Motion to Dismiss Indictment Allegations that Reference Armed Career Criminal Act (Doc. No. 23) is **DENIED.**

Date: March 26, 2014                                    RICHARD D. SLETTEN, CLERK

                                                          s/Jenny Dunbar Fannemel
                                                          (By) Jenny Dunbar Fannemel, Deputy Clerk