# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Randolph Seth Anderson

Docket No. 0864 0:14CR00001-001(WMW)

Petition on Supervised Release

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Randolph Seth Anderson** who was sentenced for Armed Career Criminal in Possession of a Firearm on November 24, 2014, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years. On May 11, 2017, Judge Kyle resentenced the defendant for Felon in Possession of a Firearm and fixed the period of supervision at 3 years. Judge Kyle imposed the general terms and conditions theretofore adopted by the Court and imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- No gang association
- Submit to searches
- Psychological/psychiatric counseling/treatment
- Employment required

On August 20, 2020, the case was reassigned to the Honorable Wilhelmina M. Wright. On the same date, the defendant's conditions were modified to include up to 120 days at a residential reentry center.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The above-named defendant has been identified as a candidate for placement in the District of Minnesota's Reentry Court Program. As part of the defendant's placement process, it is recommended the conditions of supervised release be modified to include the Reentry Court condition.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> SPECIAL CONDITION: The defendant shall be screened for and/or participate in Reentry Court programming and shall abide by all rules of the program. Participation may include referrals for substance abuse assessment and/or treatment and testing, mental health assessment and/or treatment, cognitive behavioral programs, medication compliance, and any other programming deemed appropriate to enhance the successful reintegration of the defendant into the community. The defendant shall contribute to the cost of this program, as to substance abuse and/or mental health assessment/treatment, to the extent that the defendant is deemed capable by the United States Probation Officer.

ORDER OF THE COURT

Considered and ordered this 15th day of September, 2020, and ordered filed and made a part of the records in the above case.

s/Wilhelmina M. Wright
Honorable Wilhelmina M. Wright
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Randell W. Nikula*
Randell W. Nikula
Senior U.S. Probation Officer
651-848-1265

Executed on   September 15, 2020
Place         St. Paul

Approved:

s/ *Randell W. Nikula* for
Michael J. Schmidt
Supervising U.S. Probation Officer