UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,
                      Plaintiff,

v.

Randolph Seth Anderson
                      Defendant.

Docket No. 0864 0:14CR00001-001(WMW)
REENTRY COURT VIOLATION ORDER

You admitted to and were found in violation of: alcohol use on July 31, 2021. Accordingly, the Reentry Court Team imposes the following sanction/modification:

- ☐ Complete _____ hours of community service, as directed
- ☐ Location monitoring with ☐ ____ p.m. curfew, ☐ home detention, or
  - ☐ home incarceration for up to _____ days. Participant will be monitored using cell/radio frequency technology.
  - ☐ GPS or ☐
- ☒ Remote Alcohol Testing program for __60__ days to begin upon release from the residential reentry center.
- ☐ Reside and satisfactorily participate in a residential reentry center for up to _____ days or until discharged by the Reentry Court Team
- ☐ Serve ____ days jail in the custody of the United States Marshals Service
- ☐ Termination from the Reentry Court Program
- ☐ Reentry Court condition suspended.
  - Reason: _____
- ☐ Other _____
- ☐ Other _____

All previously-imposed terms and conditions of supervision remain in effect, unless expressly noted otherwise.

Dated this __30th__ day of __August__, 2021

s/Susan Richard Nelson
Honorable Susan Richard Nelson
U.S. District Court Judge